

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2024

No. 04-24-00129-CV

Francine Suzette Bakabadio **BIYOUDI**,
Appellant

v.

Ream Synarel Banhy **ZITHA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI16321
Honorable Tina Torres, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Because appellant is indigent, no costs of this appeal are assessed.

It is so **ORDERED** on April 24, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2024.

_____
Luz Estrada, Chief Deputy Clerk